PROB 12D
(9/94)
(Auto. 11/93)



FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION

08 SEP -9 AM 10: 00

SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

# United States District Court
for

Southern District of Indiana

## Request for Early Termination of Supervision
*(Probation Form 35 is Attached)*

Name of Offender <u>Maria G. Garcia</u>     Case Number: <u>3:07-CR-00012-01</u>

Name of Sentencing Judicial Officer: <u>The Honorable Richard L. Young (transferred from SD/TX)</u>

Date of Original Sentence: <u>October 10, 2006</u>

Original Offense: <u>Attempted Bulk Cash Smuggling; Title 31 U.S.C. § 5332(a)</u>

Original Sentence: <u>5 months imprisonment, followed by three years supervised release, and $500 fine</u>

Type of Supervision: <u>Supervised Release</u>

Date Supervision Commenced: <u>March 27, 2007</u>

## CAUSE

The offender has completed 17 months of supervision. She has made a stable reintegration into the community by maintaining a stable residence and employment. She is in compliance with all conditions of supervision. She has paid all court-ordered financial obligations ($500 fine and $100 special assessment). She has no history of violence. She has not been involved in any criminal conduct during the term of supervision, and there is no evidence of illegal drug or alcohol use. There does not appear to be a risk to the safety of any identifiable victim or to the public in general.

Title 18 U.S.C. §§ 3564(c) and 3583(e)(1) permit the Court to terminate terms of probation in misdemeanor cases at any time and terms of supervised release or probation in felony cases after expiration of one year of supervision if satisfied that such action is warranted by the conduct of the offender and in the interest of justice.

Considering the above information, this officer recommends the offender's term of supervised release be terminated effective immediately, rather than the scheduled expiration date of March 26, 2010.

Maria G. Garcia
Request for Early Termination of Supervision

Pursuant to Rule 32.1(b) of the Federal Rules of Criminal Procedure, the U.S. Attorney's Office has been notified of the probation officer's intent to request the Court to modify the term of supervision and has:

[ ]   not responded.

[X]   responded with no objection.

[ ]   objections to the modification.

by

Respectfully submitted,

Lisa D. Hunt
U.S. Probation Officer
September 8, 2008

LDH/

Approved by:

Dwight T. Wharton
Acting Chief U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action

[X]   Early Termination

[ ]   Other as directed: _____

DATE: 09/17/2008

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana